IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

**MAURICE K. GUINN, TRUSTEE**

    Plaintiff,

vs.                                                                                             Case No. 3:15-cv-00001

**W. AGNES LAY,**
**W. AGNES LAY, TRUSTEE,**
**PATTI JANE LAY FISHER**
**a/k/a PATTI JANE LAY,**
**PATTIE JANE LAY FISHER, TRUSTEE**
**FRANK E. LAY,**
**FRANK E. LAY, TRUSTEE,**
**ELEANOR MAHAN LAY,**
**CATHY CULVER,**
**BECKY MABRY,**
**ROBERT JULIAN HINTON,**
**RICHARD IRA HINTON,**
**SALLY LAY**
**a/k/a SARAH A. LAY,**
**TILLMAN LAY,**
**JOE LAY,**
**SARAH L. ANDERSON,**
**WALTER 'RUSTY' ERCIUS,**
**BRENDA ERCIUS,**
**JEANNIE LUTTRELL,**
**FIRST TENNESSEE BANK,**
**UNKNOWN TRUST OF FRANK EDWIN LAY,**
**UNKNOWN TRUST OF JOE L. LAY,**
**UNKNOWN TRUST OF NETA LAY HINTON,**
**NETA LAY HINTON REVOCABLE TRUST #1,**
**JOHN DOE,**
**JANE DOE**

    Defendants.

**APPLICATION FOR DEFAULT AS TO NETA LAY HINTON REVOCABLE TRUST #1**

**COMES NOW Maurice K. Guinn, Trustee**, and moves for entry of default as to the in this proceeding pursuant to Fed. R. Civ. P. 55(a) as follows:

1. The Complaint was filed on January 6, 2015.

2. The Summons and Complaint were served by publication upon the defendant Neta Lay Hinton Revocable Trust #1 on March 26, 2015 pursuant to the Court's Order of 2/10/2015 [Doc. 40]. Please see also Document 90, Notice of Filing.

3. No attorney has made an appearance on behalf of the defendant in this adversary proceeding. No Answer or other pleading has been filed on behalf of the defendants.

4. The time for answer has passed.

**WHEREFORE**, Maurice K. Guinn, trustee, applies for entry of default as to this defendant.

Respectfully submitted,

*/s/ Ryan E. Jarrard*
Michael H. Fitzpatrick, Esquire
BPR No. 006033
Ryan E. Jarrard, Esquire
BPR No. 024525
**Quist, Cone & Fisher PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-2121
(865) 524-1873
mhf@qcflaw.com
rej@qcflaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the <u>7th **of April 2015**</u>, a copy of the foregoing **Application and Affidavit** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties listed below will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Brenda Ercius
111 12th Ave
St. Pete Beach, FL 33706-4205

Walter Rusty Ercius
111 12th Ave
St. Pete Beach, FL 33706-4205

First Tennessee Bank
ATTN D. Bryan Jordan, President & CEO
165 Madison Avenue
Memphis, TN 38103

Patti Jane Lay, Esq.
4617 Chabliss Ave
Knoxville, TN 37919-5119

Jeannie Luttrell
5704 Enchanted Lane
Knoxville, TN 37918-8170

                                                <u>/s/ ***Ryan E. Jarrard***              </u>
                                                Ryan E. Jarrard, BPR 024525