IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

MAURICE K. GUINN, TRUSTEE

    Plaintiff,

vs.                                                                                                         Case No. 3:15-00001

W. AGNES LAY,
W. AGNES LAY, TRUSTEE,
PATTI JANE LAY FISHER
a/k/a PATTI JANE LAY,
PATTIE JANE LAY FISHER, TRUSTEE
FRANK E. LAY,
FRANK E. LAY, TRUSTEE,
ELEANOR MAHAN LAY,
CATHY CULVER,
BECKY MABRY,
ROBERT JULIAN HINTON,
RICHARD IRA HINTON,
SALLY LAY
a/k/a SARAH A. LAY,
TILLMAN LAY,
JOE LAY,
SARAH L. ANDERSON,
WALTER 'RUSTY' ERCIUS,
BRENDA ERCIUS,
JEANNIE LUTTRELL,
FIRST TENNESSEE BANK,
UNKNOWN TRUST OF FRANK EDWIN LAY,
UNKNOWN TRUST OF JOE L. LAY,
UNKNOWN TRUST OF NETA LAY HINTON,
NETA LAY HINTON REVOCABLE TRUST #1,
JOHN DOE,
JANE DOE

**DEFAULT JUDGMENT AS TO SARAH L. ANDERSON, WALTER RUSTY ERCIUS, BRENDA ERCIUS, JEANNIE LUTTRELL, UNKNOWN TRUST OF NETA LAY HINTON, NETA LAY HINTON REVOCABLE TRUST #1, JOHN DOE AND JANE DOE**

It appearing that the complaint was filed in this proceeding on January 6, 2015; that the summons and complaint were duly served upon the defendants Sarah L. Anderson, Walter Rusty Ercius, Brenda Ercius, Jeannie Luttrell, the Unknown Trust of Neta Lay Hinton, the Neta Lay Hinton Revocable Trust #1, John Doe and Jane Doe; no answer or other pleading having been filed by said defendants as required by law; the plaintiff having moved for entry of a default judgment without response of the defendants; and the plaintiff having given his affidavits as to the basis of the relief requested in his complaint, the court finds that judgment should enter by default against Sarah L. Anderson, Walter Rusty Ercius, Brenda Ercius, Jeannie Luttrell, the Unknown Trust of Neta Lay Hinton, the Neta Lay Hinton Revocable Trust #1, John Doe and Jane Doe, all of whom originally had ownership interests in Lays Market, Inc. avoiding and quieting any interest they may have in the property located at 622 Jackson Avenue, Knoxville Tennessee.

_____
**UNITED STATES DISTRICT JUDGE**

**APPROVED FOR ENTRY:**

*/s/ Ryan E. Jarrard*
Michael H. Fitzpatrick, Esquire
BPR No. 006033
Ryan E. Jarrard, Esquire
BPR No. 024525
**Quist, Cone & Fisher PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-2121
(865) 524-1873
mhf@qcflaw.com
rej@qcflaw.com