IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

MAURICE K. GUINN, TRUSTEE

    Plaintiff,

vs.                                                  Case No. 3:15-cv-00001

W. AGNES LAY,
W. AGNES LAY, TRUSTEE,
PATTI JANE LAY FISHER
a/k/a PATTI JANE LAY,
PATTIE JANE LAY FISHER, TRUSTEE
FRANK E. LAY,
FRANK E. LAY, TRUSTEE,
ELEANOR MAHAN LAY,
CATHY CULVER,
BECKY MABRY,
ROBERT JULIAN HINTON,
RICHARD IRA HINTON,
SALLY LAY
a/k/a SARAH A. LAY,
TILLMAN LAY,
JOE LAY,
SARAH L. ANDERSON,
WALTER 'RUSTY' ERCIUS,
BRENDA ERCIUS,
JEANNIE LUTTRELL,
FIRST TENNESSEE BANK,
UNKNOWN TRUST OF FRANK EDWIN LAY,
UNKNOWN TRUST OF JOE L. LAY,
UNKNOWN TRUST OF NETA LAY HINTON,
NETA LAY HINTON REVOCABLE TRUST #1,
JOHN DOE,
JANE DOE

## CONSENT JUDGMENT

Comes now Maurice K. Guinn, Trustee (hereinafter "Plaintiff"), and First Tennessee Bank National Association (hereinafter "Defendant"). Following service of the complaint upon

the Defendant, it has reviewed its records, which do not show that the Defendant currently serves, or has ever served, as a trustee to the Neta Lay Hinton Revocable Trust #1. This record search did not show any successor trustee for the Neta Lay Hinton Revocable Trust #1. As a result, the Defendant agrees to the following consent judgment:

The Defendant, First Tennessee Bank National Association, hereby agrees that it has no interest in the property located at 622 Jackson Avenue, Knoxville Tennessee, and that any interest that it may have had as a trustee in the Neta Lay Hinton Revocable Trust #1 is hereby avoided and quieted. Further, no interest passed from Defendant First Tennessee Bank National Association to a successor trustee.

_____
UNITED STATES DISTRICT JUDGE

**APPROVED FOR ENTRY:**

/s/ Ryan E. Jarrard
Michael H. Fitzpatrick, Esquire
BPR No. 006033
Ryan E. Jarrard, Esquire
BPR No. 024525
**Quist, Cone & Fisher PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-2121
(865) 524-1873
mhf@qcflaw.com
rej@qcflaw.com

/s/ Keri Goldstein Unowsky
Keri Goldstein Unowsky, Esquire
BPR No. 021063
Senior Vice President and Counsel
First Tennessee Bank National Association
165 Madison Ave Fl 8
Memphis, TN 38103-2744